# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **Brittani Williams,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action File No:** |
| | ) | **1:20-cv-0186-JPB** |
| | ) | |
| **Levon Allen in his official capacity** | ) | |
| **as the Sheriff of Clayton County** | ) | |
| **Georgia,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO BRING TECHNOLOGY INTO THE COURTROOM

Defendant having filed an Unopposed Motion for Leave to Bring Technology into the Courthouse, for good cause shown, the motion is GRANTED. It is hereby ORDERED that the following individuals may bring in their respective electronics (including cellular phones) into the courthouse/courtroom for the jury trial scheduled for May 16-19, 2023, as set forth below:

(1) Jill R. Hanke, paralegal assisting with the Defendant's defense seeks leave to bring her (1) iPad, (2) laptop computer, (3) cellphone, and/or (4) accompanying cords, powerstrips, speakers, and/or adaptors;

(2) Jack Hancock, attorney for Defendant, seeks leave to bring his cell phone;

(3) Derrick Farmer, witness, seeks leave to bring his cell phone;

(4) David Ware, Esq., attorney for Mr. Farmer, seeks to leave bring his cell phone;

(5) Rajaunda Hardnett, witness, seeks leave to bring her cell phone;

(6) Tyrentheus Ray, witness, seeks leave to bring his cell phone;

(7) Pam Ambles, witness, seeks leave to bring her cell phone;

(8) Richard Moen, witness, seeks leave to bring his cell phone;

(9) Sheriff Allen, Defendant, seeks leave to bring his cell phone; and

(10) Major Ronnae Tolbert, the Clayton County Sheriff's Office representative at trial, seeks leave to bring his cell phone.

IT IS SO ORDERED, this ___9___ day of ___May___, 2023.

HON. J.P. BOULEE
UNITED STATES DISTRICT JUDGE

Prepared and Presented by:

*/s/ Kirsten S. Daughdril*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com

- 3 -

Kirsten S. Daughdril
Georgia Bar No. 633350
kirsten.daughdril@fmglaw.com

*Attorneys for Defendant*

- 3 -