UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANI WILLIAMS,<br><br>      Plaintiff,<br><br>      v.<br><br>LEVON ALLEN, in his official capacity as Sheriff of Clayton County, Georgia,<br><br>      Defendant. | **Civil Action File No.**<br><br>**1:20-cv-186-JPB** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO BRING TECHNOLOGY INTO THE COURTHOUSE

For good cause shown, Plaintiff's Unopposed Motion for Leave to Bring Technology into the Courthouse is GRANTED. It is hereby ORDERED that the following individuals may bring their respective electronics into the courthouse and courtroom for the jury trial in this matter set to begin May 16, 2023, as set forth below:

(1) Regan Keebaugh, attorney for Plaintiff, may bring his (1) laptop computer, (2) cellphone, and (3) accompanying cords, powerstrips, speakers, and/or adaptors;

(2)   James Radford, attorney for Plaintiff, may bring his (1) laptop computer, (2) cellphone, and (3) accompanying cords, powerstrips, speakers, and/or adaptors;

(3)   Jake Knanishu, attorney for Plaintiff, may bring his (1) laptop computer, (2) cellphone, and (3) accompanying cords, powerstrips, speakers, and/or adaptors;

(4)   Brittani Williams, Plaintiff, may bring her cellphone.

IT IS SO ORDERED, this __10__ day of May, 2023.

_____
**J. P. BOULEE**
United States District Judge

Prepared by:

**Regan Keebaugh**
Regan Keebaugh
Georgia Bar No. 535500
RADFORD & KEEBAUGH, LLC
Decatur, GA 30030
(678) 271-0300
regan@decaturlegal.com

*Counsel for Plaintiff*