# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-00186-JPB**
**Williams v. Allen**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 05/16/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:45 P.M.      COURT REPORTER: Denise Stewart
TIME IN COURT: 8:05                  DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bennett representing Levon Allen<br>Kirsten Daughdril representing Levon Allen<br>Regan Keebaugh representing Brittani Williams<br>James Radford representing Brittani Williams |
| PROCEEDING CATEGORY: | Jury Selection; Voir Dire;Jury Trial Begun |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was invoked. |
| MOTIONS RULED ON: | [161]Motion for Miscellaneous Relief GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court discussed proposed voir dire with counsel. The Court GRANTED IN PART and DENIED IN PART Defendant's [161] Motion Concerning Objections to Certain Questions and Exhibits Associated with the Evidentiary Deposition of Former Sheriff Victor Hill. Parties conducted voir dire and argued motions for cause. Eight jurors were selected via silent strike. Jurors were sworn. Parties invoked the Rule of Sequestration. Counsel presented opening arguments. Plaintiff-witness Brittani Williams testified. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on May 17, 2023. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |