# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-00186-JPB**
**Williams v. Allen**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 05/17/2023.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 5:40 P.M.          COURT REPORTER: Denise Stewart
TIME IN COURT: 07:45                     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bennett representing Levon Allen<br>Kirsten Daughdril representing Levon Allen<br>Regan Keebaugh representing Brittani Williams<br>James Radford representing Brittani Williams |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiff-witness resumed and completed her testimony.  Richard Moen, Pamela Ambles and Derrick Farmer testified. |
| HEARING STATUS: | Hearing not concluded.  Court adjourned and will reconvene at 9:00 AM on May 18, 2023.  Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |