# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-00186-JPB
### Williams v. Allen
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 05/18/2023.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 5:55 P.M.    COURT REPORTER: Denise Stewart
TIME IN COURT: 6:40                DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bennett representing Levon Allen<br>Kirsten Daughdril representing Levon Allen<br>Regan Keebaugh representing Brittani Williams<br>James Radford representing Brittani Williams |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MOTIONS RULED ON: | [165]Motion for Judgment as a Matter of Law DENIED |
| MINUTE TEXT: | Plaintiff's witness Tyrentheus Ray testified. Plaintiff rested. The Court heard argument on Defendant's Motion for Judgment as a Matter of Law. The Court denied the motion. The Court discussed and amended parties' proposed jury instructions and verdict forms. Defendant's witnesses Rayjaunda Hardnett and Levon Hill testified and Victor Hill's testimony was admitted via video deposition. Defendant rested. Parties presented closing statements. Jurors charged and begun deliberations. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on May 18, 2023. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |