# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-00186-JPB**
**Williams v. Allen**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 05/19/2023.

TIME COURT COMMENCED: 2:40 P.M.
TIME COURT CONCLUDED: 3:05 P.M.          COURT REPORTER: Denise Stewart
TIME IN COURT: 00:10                     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bennett representing Levon Allen<br>Kirsten Daughdril representing Levon Allen<br>Regan Keebaugh representing Brittani Williams<br>James Radford representing Brittani Williams |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | The Court convened to answer a juror question. Verdict announced in favor of Plaintiff. The Court ordered Plaintiff to file a motion for equitable relief within fourteen days; Defendant's response is due seven days thereafter and the reply brief is due three days after. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |