FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 19 2023

KEVIN P. WEIMER, Clerk
By: JLee Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANI WILLIAMS,

    Plaintiff,

v.

LEVON ALLEN, in his official capacity as the Sheriff of Clayton County, Georgia,

    Defendant.

CIVIL ACTION NO.
1:20-CV-00186-JPB

## Verdict Form

**A.**   <u>**Discrimination Claims under the Rehabilitation Act and Americans with Disabilities Act**</u>

**Do you find from a preponderance of the evidence:**

1. That Ms. Williams was a "qualified individual?"

    Answer: (Yes) or No  _____

    If your answer is "no," this ends your deliberations with respect to Ms. Williams' discrimination claims under both the Rehabilitation Act and the Americans with Disabilities Act, and you should proceed to Part B.

    If your answer is "yes," go to the next question.

2. That the Clayton County Sheriff's Office took an adverse employment action against Ms. Williams?

    Answer: (Yes) or No  _____

1

If your answer is "no," this ends your deliberations with respect to Ms. Williams' discrimination claims under both the Rehabilitation Act and the Americans with Disabilities Act, and you should proceed to Part B.

If your answer is "yes," go to the next question.

3. That the Clayton County Sheriff's Office took that action because of Ms. Williams' disability?

Answer: (Yes) or No _____

If your answer is "no," this ends your deliberations with respect to Ms. Williams' discrimination claims under both the Rehabilitation Act and the Americans with Disabilities Act, and you should proceed to Part B.

If your answer is "yes," go to the next question.

4. That Ms. Williams' should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer: (Yes) or No _____

If your answer is "yes," in what amount?

$ 129,623.92

5. That work comparable to the position that Ms. Williams held with the Clayton County Sheriff's Office was available post-separation and that Ms. Williams did not make reasonable efforts to obtain it, or that Ms. Williams did not make reasonable efforts to find work?

Answer: (Yes) or No _____

If your answer is "yes," in what amount should Ms. Williams' damages be reduced?

$ 64,811.96

2

6. That Ms. Williams should be awarded damages under the Americans with Disabilities Act to compensate for emotional pain and mental anguish?

   Answer: (Yes) or No _____

   If your answer is "yes," in what amount?

   $ 138,000

**B.   Retaliation Claims under the Rehabilitation Act and Americans with Disabilities Act**

**Do you find from a preponderance of the evidence:**

1. That Ms. Williams' engaged in protected activity?

   Answer: (Yes) or No _____

   If your answer is "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

   If your answer is "yes," go to the next question.

2. That the Clayton County Sheriff's Office took an adverse employment action against Ms. Williams?

   Answer: (Yes) or No _____

   If your answer is "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

   If your answer is "yes," go to the next question.

3. That the Clayton County Sheriff's Office took the adverse employment action because of Ms. Williams' protected activity?

   Answer: (Yes) or No _____

3

> If your answer is "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.
>
> If your answer is "yes," go to the next question.

4. That Ms. Williams suffered damages because of the adverse employment action?

    Answer: (Yes) or No _____

5. That Ms. Williams should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer: (Yes) or No _____

    If your answer is "yes," in what amount?

    $ 129,623.92

6. That work comparable to the position Ms. Williams held with the Clayton County Sheriff's Office was available post-separation and that Ms. Williams did not make reasonable efforts to obtain it, or that Ms. Williams did not make reasonable efforts to find work?

    Answer: (Yes) or No _____

    If your answer is "yes," in what amount should Ms. Williams damages be reduced?

    $ 64,811.96

    This ends your deliberations. The foreperson should sign and date the verdict form on the following page.

4

SO SAY WE ALL.

_____
Foreperson's Signature    5/19/23

**DATE AND SIGN THIS VERDICT FORM AND RETURN TO THE COURTROOM TO PUBLISH YOUR VERDICT.**