UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANI WILLIAMS,

      Plaintiff,

      v.

LEVON ALLEN, *in his official capacity as the Sheriff of Clayton County, Georgia*,

      Defendant.

CIVIL ACTION NO.
1:20-cv-00186-JPB

## JUDGMENT ON JURY VERDICT

This action, having come before the Court for a trial by jury, the Honorable J. P. Boulee presiding, the issues having been tried, and the jury having rendered its verdict in favor of Plaintiff Brittani Williams, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff recover from Defendant Levon Allen, in his official capacity as the Sheriff of Clayton County, Georgia, the amount of $202,811.96, plus costs and interest at the legal rate from the date of this judgment to the date payment is made in full.

Dated at Atlanta, Georgia, this 22nd day of May, 2023.

KEVIN P. WEIMER
CLERK OF COURT

1

2

By:  s/ Jennifer Lee
Courtroom Deputy Clerk

Prepared & Filed
In the Clerk's Office
May 22, 2023
Kevin P. Weimer
Clerk of Court
By:  s/ Jennifer Lee
Courtroom Deputy Clerk